IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHARIFF BUTLER,

    Plaintiff,

v.

JOHN E. WETZEL, *et al.*,

    Defendants.

No. 4:23-CV-00859

(Chief Judge Brann)

## ORDER

**AND NOW**, this 13th day of November 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 46) to dismiss Plaintiff's second amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** in part and **DENIED** in part, as follows:

   a. Plaintiff's Eighth Amendment failure-to-protect claims against defendants John E. Wetzel, C. Kendrick, and Jennifer Jenkins are **DISMISSED** with prejudice pursuant to Rule 12(b)(6) and 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

   b. Plaintiff's Fourteenth Amendment equal protection claims against defendants John E. Wetzel and Jennifer Jenkins are **DISMISSED** with prejudice pursuant to Rule 12(b)(6) and 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

   c. Plaintiff's Section 1983 civil conspiracy claims against defendants John E. Wetzel, C. Kendrick, Jennifer Jenkins, Kevin Kauffman, and Anthony Scalia are **DISMISSED** with prejudice pursuant to Rule 12(b)(6) and 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

        d.      Defendants' motion is **DENIED** in all other respects.

2.      The Clerk of Court is directed to terminate defendants John E. Wetzel, Jennifer Jenkins, and C. Kendrick.

3.      This case will proceed only on Butler's Section 1983 Eighth Amendment failure-to-protect claims against defendants Kevin Kauffman (through Bailey J. Kauffman, administrator of the estate of Kevin Kauffman), and Anthony Scalia.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge