**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHARIFF BUTLER,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. WETZEL, *et al.*,<br><br>Defendants. | No. 4:23-CV-00859<br><br>(Chief Judge Brann) |

## ORDER

**AND NOW**, this 11th day of September 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 99) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of defendants Bailey J. Kauffman (Administrator of the estate of Kevin Kauffman), Superintendent John Rivello, and Safety Manager Anthony Scalia and against plaintiff Shariff Butler as to all remaining Section 1983 Eighth Amendment failure-to-protect claims.

3. The Clerk of Court is further directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge